

CITY OF CLEVELAND
Mayor Frank G. Jackson

## PROCLAMATION OF CIVIL EMERGENCY
### (Civil Unrest)
### Second Modification

**RECITALS**

1. Commencing at _____8:00 p.m. on May 30, 2020_____ and continuing to _____8:00 a.m. on May 31, 2020, and commencing at 12:00 p.m. on May 31, 2020, and continuing to 8:00 a.m. on June 1, 2020; and commencing at 8:00 a.m. on June 1st and continuing to 8:00 pm on June 2nd, the citizens of the City of Cleveland are experiencing a civil emergency due to violence and unrest.

2. The problems experienced as a result of this situation endanger the health, safety, and welfare of persons and property within the City of Cleveland and potentially hinder the execution of the ordinances of the City, the laws of the State of Ohio and of the United States.

**PROCLAMATION**

NOW, THEREFORE, I, Frank G. Jackson, Mayor of the City of Cleveland, under and by the virtue of the authority vested in me by the Ohio Constitution, the Charter and laws of the City of Cleveland do hereby proclaim that a State of Civil Emergency exists within the City of Cleveland due to violence and unrest.

A. **AREA AFFECTED BY THIS PROCLAMATION**

I hereby proclaim that the Central Business District within the municipal boundaries of the City of Cleveland and W. 25th Market District, as shown on the attached maps, are covered by this proclamation.

B. **DECLARATION OF CURFEW**

Within the Areas, this modified curfew is hereby proclaimed commencing at 8 pm on May 31, 2020 and continuing as stated above or upon the issuance of a proclamation by the Mayor that


PLAINTIFF'S EXHIBIT

a Civil Emergency no longer exists, whichever occurs first. All persons are prohibited from walking, running, loitering, standing or driving/motoring, (except for vehicles on Route 2; I-77; I-71; I-90; I-480 West Lee Road Exit Ramp; I-90 East West 25th Street Exit and I-490 West at W. 7th Street Exit) upon any alley, street, highway, public property or vacant premises within the Area, excepting persons officially designated by the Mayor to perform duties with reference to the Civil Emergency, persons travelling to and from their residence located within the Area or a place of refuge, persons traveling for medical care and/or safety should they be unable for reasons of health or safety to remain in their residence, and persons traveling to and from their place of employment during regular business hours. All persons are asked to remain within their residences during the curfew unless remaining in their residences could constitute a risk to health or safety.

C.  **BUSINESS CLOSING**

All businesses and places of employment located within the Area are urged to close their business during the hours for which a curfew has been proclaimed.

D.  **LAW ENFORCEMENT ASSISTANCE**

All regular and auxiliary law enforcement agencies and organizations within and without the City of Cleveland are encouraged to assist in preserving the peace within the City of Cleveland by coordinating activities with Federal, State, and local officials.

E.  **DURATION OF CIVIL EMERGENCY**

The State of Civil Emergency proclaimed pursuant to this proclamation shall terminate as stated above or upon the issuance of a proclamation by the Mayor that a Civil Emergency no longer exists, whichever occurs first.

I, Frank G. Jackson, Mayor of the City of Cleveland, State of Ohio, affix my signature to this Proclamation this 31st day of _May_, 2020, at 8:00 o'clock a.m./p.m.

_____
Frank G. Jackson
Mayor



Downtown Cleveland Curfew Zone



W 25th Street Curfew Zone