Watch Live

Quick links... 

ADVERTISEMENT



NEWS > CIVIL UNREST 2020

  

# Cleveland enacts Proclamation of Civil Emergency, sets curfew for downtown amid destruction

Gov. Mike DeWine activates National Guard in Cleveland



CLOSE

ADVERTISEMENT



PLAINTIFF'S EXHIBIT 3

Photo by: Caroline Sweeney.

Two police cars set on fire in downtown Cleveland during protests.



By: Camryn Justice

Posted at 8:03 PM, May 30, 2020 and last updated 12:23 PM, Jun 02, 2020

CLEVELAND — Due to protests turning violent and destructive, a Proclamation of Civil Emergency has been enacted in the city of Cleveland due to civil unrest, with a curfew set in the Downtown and central business area, according to Cleveland police. Gov. Mike DeWine has also activated the Ohio National Guard to assist in responding to the incidents of violence.

ADVERTISEMENT



The curfew begins at 8 p.m. Saturday and continues until 8 a.m. Sunday morning, police said.

Anyone in the downtown area is ordered to leave immediately. Those who do not and are found violating the curfew are subject to arrest, according to police.

CLOSE

ADVERTISEMENT

curfew beginning today, May 30, 2020 at 8 p.m. and continuing to 8 a.m. tomorrow, May 31, 2020 due to violence and unrest.

7:48 PM · May 30, 2020

○ 505   ○ 364 people are talking about this

DeWine announced he had activated the National Guard after receiving a call from Cleveland Mayor Frank Jackson.

"At approximately 6:00 p.m., I received a call from Cleveland Mayor Frank Jackson expressing serious concerns about the safety of Cleveland residents and peace officers following violent demonstrations there this afternoon. As is the case in Columbus, it is believed to be a relatively small group of violent individuals who are drowning out the voices of the many citizens who are peacefully expressing their desire for justice and change," DeWine said. "In this time of deep anger, sadness, and frustration, we stand with those who are expressing their First Amendment rights, but we will not stand for those who wish to inflict pain and cause destruction."

ADVERTISEMENT

CLOSE

ADVERTISEMENT

died in police custody in Minneapolis, turned destructive as some individuals smashed windows.

Late Saturday night, the City of Cleveland and the Cleveland Division of Police released the following statement:

> "Today, hundreds of demonstrators gathered in Downtown Cleveland – many of them peaceful. We are disheartened by the turn of events from a peaceful expression of First Amendment rights to outright lawlessness and attacks on Cleveland Police officers and Firefighters.
>
> In the early evening, the demonstrations became unlawful with people throwing objects at law enforcement officers and police horses, vandalizing buildings, damaging other property, stealing from small businesses and lighting police cars and businesses on fire. This violent unlawful behavior completely overshadows the purpose of the demonstrations and those in whose honor they are held. This criminal activity will also not be tolerated.
>
> The Cleveland Division of Police will continue to stop those who attempt to destroy and disrupt the peace in our city. If you are downtown, go home. At the request of the City of Cleveland and the Cleveland Division of Police, Ohio Governor Mike DeWine has activated the Ohio National guard to assist in responding to incidents of violence during demonstrations within the city.
>
> Downtown business owners wishing to come to the area to check on their places of businesses are advised to respect the curfew and NOT report to the area. The City of Cleveland will be working closely with the Downtown Cleveland Alliance to address the vandalism to downtown properties."
>
> - Joint statement from Mayor Frank G. Jackson and Police Chief Calvin Williams




CITY OF CLEVELAND
Mayor Frank G. Jackson

City of Cleveland and Cleveland police release a statement following protests turned violent.

### RELATED: Vandals damage downtown businesses after protests in Cleveland

Copyright 2020 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CURATION BY

ADVERTISEMENT

CLOSE

EXHIBIT 3