Set Weather

cleveland.com
COVERING NORTHEAST OHIO

Subscribe

Cleveland City Hall

# Cleveland clarifies restrictions on driving downtown and in Ohio City, urges businesses be closed through Tuesday

Updated Jun 01, 5:47 PM; Posted Jun 01, 4:56 PM



Mayor Frank Jackson's administration sought Monday to clarify the mayor's civil emergency proclamation, which had left some morning commuters mistakenly believing they could drive to work downtown or in parts of Ohio City. David



Please support the journalism you rely on.



PLAINTIFF'S EXHIBIT
4

credentialed media be barred from the area.

The city's initial civil emergency proclamation also said that "persons traveling to and from their place of employment during regular business hours" were exempted from restrictions that bar people from moving about in the security zone.

Jackson said the language was intended to apply to residents who live in the restricted areas and who were mentioned immediately before that line in the proclamation.

Residents in the restricted area are encouraged to stay at home, but they can come and go if necessary, so long as they have ID to show they live there. Essential personnel, such as first responders and medical workers, along with credentialed media personnel are allowed in the restricted zone.

The covered area now includes the central business district of downtown Cleveland to East 18th Street, as well as the Market District in Ohio City between Detroit and Lorain avenues along West 25th Street and a few blocks to the west.



© Please support the journalism you rely on.

CLEVELAND, Ohio – Mayor Frank Jackson's administration on Monday clarified the mayor's civil emergency proclamation, which had left some morning commuters mistakenly believing they could drive to work downtown or in parts of Ohio City.

The revised order, issued Monday afternoon after police turned away thousands of commuters trying to enter restricted areas, states that commuters will continue to be banned from downtown and parts of Ohio City on Tuesday and asks that businesses remain closed.

Advertisement

The revised order also makes clear that credentialed media workers are among the essential personnel allowed to go to their jobs and may report events from the restricted area.

And the containment area, initially set up to reach east to East 30th Street, has been pulled in to East 18th Street. Jackson, in an interview with cleveland.com, said the smaller geographic area will make it easier for people to access the freeways from downtown and allow activity to resume in some areas.

Jackson declared the civil emergency Saturday and instituted a curfew after protests over the death of George Floyd, an unarmed African American who in the custody of police in Minneapolis, devolved into riots in the downtown. On Sunday the mayor extended the curfew to 8 p.m. Tuesday.



Please support the journalism you rely on.

Jackson said the curfew was a deliberate move to prevent further gatherings downtown and to allow Cleveland police to increase their presence in neighborhoods as a deterrent to further violence.

Jackson and police Chief Calvin Williams said neighborhoods are believed to be the next target for violence.

"We didn't do a curfew just because we felt like doing a curfew. We're not doing a curfew out of fear," Jackson said. "Our strategy was this [the downtown violence] was going to be a one-time thing. You're not coming back to the city of Cleveland to do that again."

Ohio National Guard troops were deployed to Cleveland, and to other cities in Ohio, to assist enforcement if further violence erupted.

"We're there in a backup role," Lt. Col. Thomas Butler told cleveland.com. "We're here to provide tactical support if things were to escalate."

Capt. Matt Eck said the Guard would remain as long as deemed necessary.

Monday morning, traffic backed up on highways entering the downtown, prompting the city to send out an alert: "A Curfew AND Parking Ban for Downtown and the area of W 28th to W 25th from Lorain Ave to Superior Viaduct is in effect starting at 8am on June 1st and ending 8 p.m. on June 2nd. All highway entrances to downtown are closed. Please avoid the area."

Ideastream producer Rachel Rood tweeted that she was turned away from driving to the office on Playhouse Square, "even after telling the office that the Mayor's order allowed essential employees to work during their business hours. I drove to another intersection and was able to get in. Very confusing."

Cleveland.com's Hannah Drown was broadcasting on Facebook live Monday at West 25th Street when a Cleveland officer told her she would have to move out of the restricted zone.

The administration apologized to both Rood and Drown later.



Please support the journalism you rely on.