

Menu

Quick links... ∨



ADVERTISEMENT



NEWS > CIVIL UNREST 2020

  

# City of Cleveland extends, expands curfew in Proclamation of Civil Emergency



CLOSE

ADVERTISEMENT



PLAINTIFF'S
EXHIBIT

Case: 1:20-cv-01220-JPC Doc #: 1-14 Filed: 06/03/20 2 of 4. PageID #: 73


NEWS 5 CLEVELAND

CLEVELAND — The city of Cleveland announced that the Proclamation of Civil Emergency and curfew enacted in the Downtown and central business area of the city has been extended until June 2.

ADVERTISEMENT

The curfew, which is currently in effect, will be effective until 8 p.m. on Tuesday, June 2.

In addition to extending the length of the curfew, the city has also extended the area in which the curfew is enacted.

The extended curfew will include the downtown and central business area but will also expand to include the West 25th Market District of Ohio City.

Recent Stories from news5cleveland.com

CLOSE

ADVERTISEMENT





Individuals are prohibited from walking or driving through the areas with a few exceptions for people traveling to and from their residence or place of refuge, people traveling for medical care or safety and people traveling to and from their place of employment during regular business hours, according to the city.

ADVERTISEMENT

Media was not given an exemption in the order. When asked, Mayor Frank Jackson said media would, in fact, be allowed to report during the curfew if they were credentialed and "especially if we know who you are."

ADVERTISEMENT



**NEWS 5 CLEVELAND**

Law enforcement agencies are "encouraged to assist in preserving the peace within the city of Cleveland by coordinating activities with Federal, state and local officials," the city said.

> *Today, with the Proclamation of Civil Emergency (Civil Unrest) on curfew, the downtown area has remained quiet and peaceful as downtown residents have complied with orders to shelter in place. The City of Cleveland Department of Public Safety and the Division of Police continue to operate in conjunction with local, state and federal law enforcement as well as the Ohio National Guard to ensure that the city remains peaceful.*
>
> *After Saturday's unfortunate turn of events, we are amazed by the response from the community wanting to help rebuild and support first responders. This is the Cleveland we know. Our city is filled with talented, big-hearted people who love CLE. However, at this time, we ask people to continue to stay out of downtown for their safety and to allow our city vehicles to pass easily for clean-up and emergencies.*

Click here to read the entire order and to see the map of the area under curfew.

Copyright 2020 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

CURATION BY



**Geiger's to close indefinitely after looters vandalize store**

CLOSE

ADVERTISEMENT