JOIN THE CLEVELAND SCENE PRESS CLUB. BECAUSE NO NEWS IS BAD NEWS.

Email    Print    Share

SCENE & HEARD

# Downtown Cleveland/Market District Curfew Extended Until Wednesday Morning, Nightly Curfews Last Through Friday

Posted By Vince Grzegorek    Email Us! on Tue, Jun 2, 2020 at 10:28 am



Sam Allard/Scene

The city of Cleveland announced this morning in a text alert that the curfew for downtown and the Market District has been extended until Wednesday morning and that nightly curfews will follow through Friday.

The emergency civil protection order and curfew, which was confusingly communicated and then modified by City Hall and had exceptions for downtown workers then didn't, excluded credential reporters then didn't, and generally includes crackdowns on people trying to let their dogs pee, according to anecdotal evidence, had been set to expire this evening at 8 p.m.



PLAINTIFF'S EXHIBIT
6




Easily secure lost and stolen devices.  Dropbox Business
Try free for 30 days
No credit card needed

Do Thursday and Friday and will be under a nightly curfew from 8 p.m. to 6 a.m. those same days.

The only exemptions, per the city: "Credentialed media, residents of the restricted areas, essential medical personnel and essential City personnel."

Highway ramp exits and entrances will be restricted during the curfew hours as well.

> **ODOT Cleveland** @ODOT_Cleveland · Jun 1, 2020
> TRAFFIC CLOSURES: Per the request of the City of CLEVELAND the following ramps are all CLOSED. I-90 WESTBOUND between E.55th St. to W. 14th AND I-90 EASTBOUND between W.25th AND Lakeside Ave. PLEASE RESPECT the BARRICADES!! All closures in place through 8p.m. June 2.

> **ODOT Cleveland**
> @ODOT_Cleveland
>
> Update from the City of Cleveland all ramp closures will remain in place between 8 p.m. and 6 a.m. daily through Saturday morning.
> 10:37 AM · Jun 2, 2020
>
> ♡ 8    See ODOT Cleveland's other Tweets

Cleveland has seen only one day of George Floyd protests but nevertheless chosen to completely lock down the central business district. Many other cities have seen multiple days of protests and one-week nightly curfews have been instituted across the country from Arizona to Atlantic City.

Tags: Protests, Cleveland, Image

*Cleveland Scene* works for you, and your support is essential.

Our small but mighty local team works tirelessly to bring you high-quality, uncensored news and cultural coverage of Cleveland and beyond.

Unlike many newspapers, ours is free – and we'd like to keep it that way, because we believe, now more than ever

infolinks