UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Nicholas Hudnell,** *et al.*, | ) | **CASE NO. 20 CV 1220** |
| | ) | |
| **Plaintiffs,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **City of Cleveland,** *et al.*, | ) | <u>Order</u> |
| | ) | |
| **Defendants.** | ) | |

A telephone conference was held on plaintiffs' Motion for Temporary Restraining Order (Doc. 2). Assuming status quo, the City of Cleveland Declaration of Curfew will not be extended beyond 6 a.m. on June 5, 2020. If new information is presented to the City of Cleveland, a new Declaration of Curfew may be ordered by the City within appropriate legal confines. As a result of the foregoing agreement, plaintiffs' counsel indicated to the Court that the Motion for Temporary Restraining order is now MOOT.

IT IS SO ORDERED.

1

                                /s/ Patricia A. Gaughan
                                PATRICIA A. GAUGHAN
                                United States District Judge
Dated: 6/4/20                 Chief Judge